IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-4001-01-CR-C-NKL |
| GILIBERTO MACIAS-HERNANDEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William Knox, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment entered on January 26, 2010, is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

      s/ NANETTE K. LAUGHREY
      NANETTE K. LAUGHREY
      United States District Judge

Dated: April 22, 2010